*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, ATTANASIO, and MYERS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Thomas J. FLIEHMAN, Jr.**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202100320**

_____

Decided: 24 February 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Kyle G. Phillips (arraignment)
Nicholas S. Henry (trial)

Sentence adjudged 9 August 2021 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 14 months, forfeiture of all pay and allowances, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Matthew A. Kozyra, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.